Herbert FLETCHER, Plaintiff–
Appellant

v.

UNITED STATES of America (INTER-
NAL REVENUE SERVICE), De-
fendant–Appellee.

No. 11–11010
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 23, 2012.

Herbert Fletcher, Terrell, TX, pro se.

Patricia McDonald Bowman, Trial Attor-
ney, U.S. Department of Justice, Washing-
ton, DC, Ramona Stephens Notinger, U.S.
Department of Justice, Dallas, TX, for De-
fendant–Appellee.

Before GARZA, SOUTHWICK, and
HAYNES, Circuit Judges.

PER CURIAM: *

Herbert Fletcher appeals the district
court's order dismissing his complaint,
which protested his tax liability for the
2008 tax year. We have carefully consid-
ered the pertinent portions of the record in
light of the parties' briefs. For the rea-
sons expressed in our previous opinion in
*Fletcher v. United States*, 452 Fed.Appx.
547 (5th Cir.2011), dismissing Fletcher's
appeal of his tax liability for the 2007 tax

year, we conclude that Fletcher has dem-
onstrated no error warranting reversal.
We AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

